IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MURIEL JOHNSON,<br>    PLAINTIFF, | |
| v. | Case No. 4:14-cv-701 |
| LEDBURY MANAGEMENT GROUP, LLC,<br>    DEFENDANT | |

### ENTRY OF DEFAULT

Based upon Plaintiff's Request for Clerk's Entry of Default and pursuant to Fed. R. Civ. P.55(a), DEFAULT of the Defendant, Ledbury Management Group, LLC, is hereby entered.

Signed May 23, 2014

_____
United States District Judge

1